WHITESIDE BIOMECHANICS, INC. Plaintiff–Cross Appellant,

v.

DANEK MEDICAL, INC., Defendant–Appellant,

and

SDGI Holdings, Inc., Defendant–Appellee,

and

Sofamor Danek Group, Inc., Defendant.

No. 00–1354, 00–1355.

United States Court of Appeals, Federal Circuit.

April 9, 2001.

Before MAYER, Chief Judge, PAULINE NEWMAN and RADER, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Thomas D. PETERSON, Plaintiff–Appellant,

v.

MICROSOFT CORPORATION, Defendant–Appellee.

No. 00–1382.

United States Court of Appeals, Federal Circuit.

April 9, 2001.

Before MAYER, Chief Judge, PAULINE NEWMAN, and LOURIE, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.